```
1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  NEAL C. HONG (ILBN 6309265)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5081
7  neal.hong@usdoj.gov

8  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE THE SEARCH OF 2 PHYSICAL LOCATIONS AND 1 PERSON FOR INVESTIGATION OF 18 U.S.C. § 2252(a)(2) AND OTHER OFFENSE | CASE NO: CR-23-70881-~~VDK~~ **VKD**<br><br>UNITED STATES' MOTION TO UNSEAL DOCUMENTS AND ORDER |

## MOTION TO UNSEAL

The United States hereby moves this Court to unseal docket 23-70881 ~~VDK~~ **VKD**. The application to seal was granted and sealed to aid in an investigation into a violation of 18 U.S.C. § 2252(a)(2) and other offenses. The investigative agency is requesting that the warrant application, warrant, orders, attachments, and other accompanying documents contained in this docket be unsealed because the investigative agency has concluded its investigation. For the foregoing reasons, the United States respectfully requests that this Court unseal the docket and documents listed above.

DATED: May 29, 2024                              Respectfully submitted,

                                                 ISMAIL J. RAMSEY
                                                 United States Attorney

                                                 /s Neal Hong
                                                 NEAL C. HONG
                                                 Assistant United States Attorney

U.S. Mot. to Unseal                      1

ORDER

Based on the above and good cause appearing, it is hereby ORDERED that the docket and documents listed above, shall be unsealed.

DATED:  May 29, 2024



_____
Judge Nathanael M. Cousins
GRANTED